UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLIE BRICKMAN,

                Plaintiff,

     - against -

HEAVY INC.,

                Defendant.

**ORDER**

19 Civ. 8570 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for February 6, 2020 is adjourned to **February 20, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         February 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge