UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLIE BRICKMAN,

                Plaintiff,

- against -

HEAVY INC.,

                Defendant.

**ORDER**

19 Civ. 8570 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will engage in settlement discussions over the next thirty days. On or before **March 21, 2020,** the parties will submit a joint letter concerning the status of settlement negotiations. If the parties have not settled by that time, this Court will enter a case management plan.

Dated: New York, New York
       February 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge